## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia

        v.

F.A. Realty Investors Corporation

Appeal of:  Agnes Frempong and
Steve Frempong

:
:
:
:
:
:
:
:
:

No. 1686 C.D. 2019

**PER CURIAM**        **O R D E R**

NOW, November 27, 2023, having considered Appellants' application for reconsideration and Appellee's answer in response thereto, the application is DENIED.